## IN THE UNITED STATES DISTRICT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JODI ROY F/K/A JODI MARTIN,<br>Individually, and on behalf of<br>All others similarly situated )<br><br>        Plaintiff, )<br><br>v. )<br><br>AEROGROUP RETAIL<br>HOLDINGS, INC. )<br><br>        Defendant. ) | **Civil Action File No.**<br>**1:15-cv-02941-RWS** |

## MOTION TO WITHDRAW MOTION

COME NOW, Plaintiff, Jodi Roy f/k/a Jodi Martin, by and though undersigned counsel and files its Motion to Withdraw Joint Motion to Approve Settlement (Doc. 30).  Plaintiff states as follows:

1.     Plaintiff and Defendant worked diligently together and were able to reach a settlement in this case.

2.     A miscommunication occurred which resulted in the undersigned filing the Joint Motion to Approve Settlement (Doc. 30) on today's date.

3.     Additional language needs to be added to the motion and the parties plan to file an amended Joint Motion to Approve Settlement in the near future.

WHEREFORE, Plaintiff respectfully requests that the Court grant its Motion to Withdraw its Joint Motion to Approve Settlement.

This 3rd day of June, 2016.

*/s/ Jason Doss*_____
Georgia Bar No. 227117
The Doss Firm, LLC
36 Trammell Street, Suite 101
Marietta, Georgia 30064
770-578-1314
Email: jasondoss@dossfirm.com

*/s/ J. Allen Schreiber*
J. Allen Schreiber
*Admitted Pro Hac Vice*
Burke Harvey, LLC
3535 Grandview Parkway
Birmingham, AL 35243
205-930-9091
Email: aschreiber@burkeharvey.com

**Counsel for Plaintiff**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day I electronically filed the *foregoing* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all counsel of record.

Submitted this 3rd day of June 2016.

/s/ Jason R. Doss_____
Jason R. Doss
Georgia Bar No. 227117
The Doss Firm, LLC
36 Trammell Street, Suite 101
Marietta, Georgia 30064
(770) 578-1314 (Telephone)
(770) 578-1302 (Facsimile)
jasondoss@dossfirm.com