## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| JODI ROY f/k/a JODI MARTIN, Individually, and on behalf of all other similarly situated | ) ) ) ) | CIVIL ACTION NO. 1:15-cv-02941-RWS |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| AEROGROUP RETAIL HOLDINGS, INC. | ) ) ) | |
| Defendant. | ) | |

## ORDER

This case is before the Court for consideration of the Joint Motion For Conditional Certification of Settlement Collective Action, Approval of Settlement Agreement and for Stipulated Judgment Approving Settlement and Release Agreement. After reviewing the record and the joint submission of the parties, the Court enters the following Order.

Having reviewed the Settlement Agreement and Release (the "Agreement") executed by the parties, the Court finds that the settlement is fair, adequate, and reasonable. The Court finds that the Agreement was negotiated at arm's length by represented parties and is not the result of any collusion. The Court has also

reviewed the unopposed request for approval of attorney's fees and costs in the amount stated in the Agreement and finds that the attorneys' fees and costs provided in the Agreement are reasonable.

Therefore, the Joint Motion for Stipulated Judgment Approving Settlement Agreement and Release is hereby **GRANTED**, the Notices attached as Exhibits C & D to the above-referenced motion are **APPROVED,** the settlement of the parties is hereby **APPROVED**, and the terms of the parties' Settlement Agreement are hereby incorporated into this Order.   For settlement purposes only, the Court hereby certifies a collective action as set forth in the Parties' Joint Motion.

The Parties shall send out the notices and tender all required payments pursuant to the Parties' Settlement Agreement and Joint Motion for Approval. Therefore, the Court **DISMISSES THIS LAWSUIT WITH PREJUDICE**.  This dismissal shall be subject to reopening for the purpose of settlement enforcement actions pursuant to the terms of the Agreement.

**SO ORDERED** this _18th_ day of _July_, 2016.

Judge, Richard W. Story
United States District Court